U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2025 APR 24  P 2: 2

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PETTY OFFENSE**

<u>BILL OF INFORMATION FOR FAILURE TO REGISTER</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **25-110** |
| v. | * | SECTION: **DUTY MAG.** |
| CRISTIAN JOEL HERNANDEZ-BARAHONA aka CRISTIAN HERNANDEZ-BARAHONA aka CRISTIAN J. HERNANDEZ | * | VIOLATION: 8 U.S.C. § 1306(a) |

\*   \*   \*

The United States Attorney charges that:

<u>COUNT 1</u>

Beginning in or about 2017, and continuing until at least April 22, 2025, in the Eastern District of Louisiana and elsewhere, the defendant, **CRISTIAN JOEL HERNANDEZ-BARAHONA**, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

> MICHAEL M. SIMPSON
> ACTING UNITED STATES ATTORNEY
>
> _/s/ F. W. Veters_
>
> FREDERICK W. VETERS, JR. (23584)
> Special Assistant United States Attorney
> G. DALL KAMMER
> Assistant United States Attorneys

New Orleans, Louisiana
April 24, 2025

✓ Fee _USA_
___ Process___
X  Dktd___
___ CtRmDep___
___ Doc. No.___

No. _____

# United States District Court
## FOR THE
EASTERN ___ DISTRICT OF ___ LOUISIANA ___

UNITED STATES OF AMERICA

vs.

CRISTIAN JOEL HERNANDEZ-BARAHONA
aka CRISTIAN HERNANDEZ-BARAHONA
aka CRISTIAN J. HERNANDEZ

**BILL OF INFORMATION**
**FOR FAILURE TO REGISTER**

Violation(s): 8 U.S.C. § 1306(a)

Filed _____, 20 _25_

_____, Clerk.

By _____, Deputy

_[signature]_
*Special Assistant United States Attorney*
FREDERICK W. VETERS, JR.