UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 25-cr-110** |
| **v.** | * | **SECTION: DUTY MAG** |
| **CRISTIAN JOEL HERNANDEZ-BARAHONA** | * | |

* * *

## MOTION AND ORDER FOR DISMISSAL OF
## BILL OF INFORMATION WITHOUT PREJUDICE

**NOW INTO COURT** comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves this Court for leave to dismiss the Bill of Information against the defendant, CRISTIAN JOEL HERNANDEZ-BARAHONA, pursuant to Fed. R. Crim. P. 48.

The defendant was administratively detained and is currently charged in a Bill of Information for failure to register regarding the Alien Registration Act in violation of 8 U.S.C. § 1306(a). Subsequent to the filing of the Bill of Information, the defendant was removed from the United States by Immigration and Customs Enforcement.

Due to the unavailability of the defendant, the government submits that dismissal without prejudice would serve the interest of justice.

Respectfully Submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

*/s/ Frederick W. Veters, Jr.*
FREDERICK W. VETERS, JR. (23584)
Special Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3197